ADAM PAUL LAXALT
Attorney General
FREDERICK J. PERDOMO
Deputy Attorney General
Nevada Bar No. 10714
PETER K. KEEGAN
Deputy Attorney General
Nevada Bar No. 12237
Bureau of Litigation
Public Safety Division
100 No. Carson St.
Carson City, NV  89701-4717
Tel: 775-684-1250

*Attorneys for Defendant
Tabitha Creon*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ARMOND LEWIS,

                          Plaintiff,

v.

R. STALNAKER, et al.

                          Defendants.

Case No.  3:12-cv-00424-RCJ-VPC

**ORDER TO PRODUCE
INMATE FOR TRIAL**

Before the Court is Defendant Tabitha Creon's *Motion to Produce Inmate Armond Lewis for Trial*.  The Court Ordered that the above-captioned case shall proceed to a jury trial at the Bruce R. Thompson Courthouse, 400 South Virginia Street, Reno, Nevada 89501, on a two-week stacked calendar starting April 14, 2015 (#45).  The *Motion to Produce Inmate Armond Lewis for Trial* is GRANTED.  Accordingly,

IT IS ORDERED that the Nevada Department of Corrections shall temporarily transfer Armond Lewis (#79437) to a northern correctional institution that is suitable for his custody level, has available housing units, and is geographically closer to Reno, Nevada than Lovelock Correctional Center, Armond Lewis's (#79437) current place of confinement, for the purpose of trial in the above-referenced case;

IT IS FURTHER ORDERED that the Nevada Department of Corrections will transfer Armond Lewis (#79437) with all of his legal property related to the above-referenced case;

IT IS FURTHER ORDERED that the Nevada Department of Corrections shall produce Armond Lewis (#79437) at the Bruce R. Thompson Courthouse, 400 South Virginia Street, Reno, Nevada 89501 from 8:30 a.m. until 5:00 p.m., or such other times ordered by the Court, for each day of trial until the trial is concluded; and

IT IS FURTHER ORDERED that the Nevada Department of Corrections make any other necessary arrangements to ensure that Armond Lewis (#79437) remains physically present at the Bruce R. Thompson Courthouse, 400 South Virginia Street, Reno, Nevada 89501 from 8:30 a.m. until 5:00 p.m. or such other times ordered by the Court, for each day of trial until the trial is concluded.

IT IS SO ORDERED.

Dated: March __18__, 2015.

_____

**UNITED STATES DISTRICT JUDGE**

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717